UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

SCOTT HOSLER

Case No.: 13-42171-SR
Chapter 7
Judge: PHILLIP J. SHEFFERLY

Debtor(s).
_____/

## ORDER APPROVING STIPULATION TO REOPEN BANKRUPTCY CASE IF DEBTOR'S LAWSUITS EXCEED D(5) LIMIT

The Court having reviewed the Stipulation between Debtor's attorney and the Panel Trustee,

IT IS HEREBY ORDERED that, as to debtor's causes of action, the Trustee may reopen this case if the debtor's lawsuit claims exceed his exemptions taken under 11 USC (d)(5), to administer the assets.

.

**Signed on October 10, 2013**

　　　　　　　　　　　　　　　　　　　　/s/ Phillip J. Shefferly
　　　　　　　　　　　　　　　　　　　　Phillip J. Shefferly
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge